# RELIEF FROM STAY SUMMARY SHEET

*** * * INSTRUCTIONS ON FORM EDC 3-468-INST * * ***

***COMPLETE ALL PORTIONS APPLICABLE TO THE RELIEF FROM STAY MOTION***

**THIS IS IN THE NATURE OF A PRETRIAL STATEMENT AND IS NOT EVIDENCE.**

**DEBTOR:** Joann Grace Mc Henery **CASE NO.** 16-12747

**MOVANT:** U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust **DC NO.** KAZ-1

**HEARING DATE/TIME:** 3/22/2017 at 9:00 AM

**RELIEF IS SOUGHT AS TO:**

**( X ) REAL PROPERTY** **Assessor Parcel Number (APN): 404-283-21**

**( ) PERSONAL PROPERTY** **If applicable, Vehicle Identification Number (VIN):** ____

**( ) STATE COURT LITIGATION**

1. **Address OR description of property or state court action** ____
7499 North Price Avenue, Fresno, CA 93720

2. **Movant's trust deed is a ( X ) 1st ( ) 2nd ( ) 3rd ( ) Other:** ____
**OR**
**Leased property is ( ) Residential ( ) Non-residential Term: ( ) Month-to-Month ( ) Other**

3. **Verified appraisal filed?** ____ **Movant's valuation of property: $**237,329.00

4. **The following amounts are presently owing to movant for:**

| PRINCIPAL | INTEREST | COSTS | TOTAL |
|---|---|---|---|
| $ 122,355.89 | $ 8,508.51 | $ 8,841.05 | $ 139,705.45 |

5. **State identity, rank, and balance owing to other known lien holders. Use additional page(s) if necessary:**

| | |
|---|---|
| Wells Fargo Bank N A (2nd) | $ 65,000.00 |
| Wells Fargo Bank N A (3rd) | $ 31,000.00 |
| **TOTAL ALL LIENS** | $ 235,705.45 |
| **8 % COST OF SALE** | 18,986.32 |
| **DEBTOR'S EQUITY** | $ (17,362.77) |

6. **Monthly payment is** $ 746.55 **, of which** $204.78 **is for impound account. Monthly late charge is** ____.

7. **The last payment by debtor was applied to the payment due** 08/01/14.

8. **Number of payments past due and amount: (a) Pre-petition** 23 $ 14,850.29 **(b) Post-petition** 6 $4,479.30

9. **Notice of Default was recorded on** 09/22/2015 **. Notice of sale published on** 07/06/2016 .

10. **If a chapter 13 case, in what class is this claim?** ____

11. **Grounds for seeking relief (check as applicable):**

**(X) § 362(d)(1) (X) § 362(d)(2) ( ) § 362(d)(3) ( ) § 362(d)(4)**

**(X) Cause (X) Inadequate protection (X) Lack of equity ( ) Lack of insurance ( ) Bad faith**

**(X) Surrendered pursuant to Statement of Intention. ( ) Report of No Distribution has been filed.**

**( ) Other** ____.

12. **For each ground checked in item 11, furnish a brief supporting statement below:**
Debtor has failed to make regular monthly mortgage payments for the months of 09/01/14 through 01/01/17.The subject property is to be surrendered. Further, after deducting all liens, there is no equity in the property.

# INSTRUCTIONS

**TO EXPEDITE THE HANDLING OF MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY, THE INFORMATION SHEET ON THE REVERSE SHALL BE COMPLETED BY THE MOVING PARTY PURSUANT TO THE INSTRUCTIONS BELOW. *EXCEPT FOR UNUSUAL CIRCUMSTANCES, MOTIONS FOR RELIEF FROM STAY WILL NOT BE CONSIDERED BY THE COURT UNTIL A PROPERLY COMPLETED RELIEF FROM STAY INFORMATION SHEET FORM IS FILED AND SERVED BY THE MOVING PARTY.***

1. **WITH YOUR MOVING PAPERS, FILE TWO PALE YELLOW[1] COPIES OF THIS COMPLETED INFORMATION SHEET AS SEPARATE DOCUMENTS. *FAILURE TO COMPLY WITH THIS REQUIREMENT CAN RESULT IN DENIAL OF THE MOTION OR A CONTINUANCE OF THE HEARING.***

2. **ITEMIZE ANY "COSTS" ENTERED ON THE INFORMATION SHEET IN THE DECLARATION FILED IN SUPPORT OF THE MOTION, WITH PRE-PETITION AND POST-PETITION COSTS SEPARATELY GROUPED.**

3. **IF THE MOVING PARTY IS SEEKING RELIEF FROM STAY TO PURSUE A STATE COURT ACTION, A BRIEF DESCRIPTION OF THE NATURE OF THE STATE COURT ACTION SHALL BE SET FORTH IN THE SPACE PROVIDED FOR ITEM 11.**

---

Please **do not use** goldenrod paper as that color does not result in a quality image when scanned in the Court's Electronic Case Files (ECF) System accessible at www.caeb.uscourts.gov.